## IN THE SUPREME COURT OF PENNSYLVANIA
### EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 491 EAL 2015
:
          Respondent :
: Petition for Allowance of Appeal from
: the Order of the Superior Court
       v. :
:
:
:
ANDRE WILLIAMS, :
:
          Petitioner :

### ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.

    Mr. Justice Eakin did not participate in the decision of this matter.